Jaimie Mak (SBN 236505)
Kim E. Richman (*Pro Hac Vice*)
535 Mission Street
San Francisco, CA 94105
Phone: (718) 705-4579
Fax: (718) 228-8522
Email: jmak@richmanlawgroup.com
Email: krichman@richmanlawgroup.com

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA TABLER, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PANERA, LLC,<br><br>　　　　　　　　Defendant. | Case No.: 19-cv-1646-LHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Action Filed: March 29, 2019<br>Judge: The Honorable Lucy H. Koh |

　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Brianna Tabler, by and through her counsel, hereby gives notice that her claims against Defendant Panera, LLC in the above-captioned action are voluntarily dismissed, with prejudice.

DATED: July 30, 2020

　　　　　　　　　　　　　　　　　　　　**RICHMAN LAW GROUP**
　　　　　　　　　　　　　　　　　　　　*/s/ Kim E. Richman*
　　　　　　　　　　　　　　　　　　　　Kim E. Richman (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　Jaimie Mak (SBN 236505)

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Kim E. Richman, hereby certify that on July 30, 2020, I electronically filed the foregoing document with the Clerk of the Court through the Court's CM/ECF system, thereby providing notice upon all parties who have entered an appearance in this matter.

*/s/ Kim E. Richman*
Kim E. Richman
